# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SONJA RAMSEY, PAUL RAMSEY &
JONAH BLAKE HOWELL

VERSUS

REGGIE DAVIS, LEANN DAVIS,
TIMOTHY P. CARTER & DEDRICK
A. MOORE

NO.   2025 CW 1012

JANUARY 30, 2026

---

In Re:    Timothy P. Carter, Esq., applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. 759729.

---

BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.

   WRIT DENIED.

                              PMc
                              HG
                              TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT